FILED

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

*Nathan V. Anderson*
*327 N. Prospero Dr., Apt. 2*
*Covina, CA 91723*
*(626) 321-5433*

2012 SEP -5 PM 2: 28

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

ATTORNEYS FOR:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Nathan V. Anderson* <br> Plaintiff(s), <br> v. <br> *United States of America* <br> Defendant(s) | CASE NUMBER: <br> **CV12-07596-DSF (PJWx)** <br><br> **CERTIFICATION AND NOTICE** <br> **OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for _*Nathan V. Anderson*_
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| *United States of America* | |
| *Nathan V. Anderson* | *Plaintiff* |
| *Khanitha Anderson* | *Plaintiff's wife (name appeared on summons)* |

_9/5/12_
Date

_Nathan Anderson_
Sign

_Nathan Anderson_
Attorney of record for or party appearing in pro per